Matthew A. Haulk (SBN 272457)
    Email: mhaulk@hhemploymentlaw.com
Jose M. Herrera (SBN 289590)
    Email: jherrera@hhemploymentlaw.com
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 745-3219
Facsimile:    (415) 745-3301

Attorneys for Plaintiff
RALPH MESSCHAERT

Paul G. Sherman (SBN 344700)
psherman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
707 Wilshire Blvd, Suite 4800
Los Angeles, California 90017
Telephone: (213) 493-3980
Facsimile:   (404) 400-7333

Attorney for Defendant
DAL-TILE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MESSCHAERT, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DAL-TILE SERVICES, INC., a Delaware Corporation; and Does 1-50, <br><br> Defendants. | CASE NO. 2:25-cv-01511-DJC-CKD <br><br> **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL DATE** |

## ORDER

After consideration of the Parties' Joint Stipulation to Modify Scheduling Order, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

The Scheduling Order shall be modified as follows:

1. The fact discovery cutoff date shall be **May 1, 2026**;

1

2. The expert disclosure deadline shall be **June 1, 2026**;

3. The rebuttal expert disclosure deadline shall be **June 15, 2026;**

4. The expert discovery cutoff date shall be **July 15, 2026;**

5. The dispositive motion filing deadline shall be **September 25, 2026;**

6. The dispositive motion hearing date shall be **November 19, 2026, at 1:30 PM;**

7. The final pretrial conference shall be **March 11, 2027, at 1:30 PM; and**

8. The jury trial shall be set for **May 3, 2027, at 8:30 AM.**

 **IT IS SO ORDERED.**

Dated:  January 23, 2026                              /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER