Matthew A. Haulk (SBN 272457)
    Email: mhaulk@hhemploymentlaw.com
Jose M. Herrera (SBN 289590)
    Email: jherrera@hhemploymentlaw.com
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:   (415) 745-3219
Facsimile:    (415) 745-3301

Attorneys for Plaintiff
RALPH MESSCHAERT


Paul G. Sherman (SBN 344700)
psherman@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
707 Wilshire Blvd, Suite 4800
Los Angeles, California 90017
Telephone: (213) 493-3980
Facsimile:  (404) 400-7333

Attorney for Defendant
DAL-TILE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH MESSCHAERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAL-TILE SERVICES, INC., a Delaware Corporation; and Does 1-50,<br><br>Defendants. | CASE NO. 2:25-cv-01511-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

## **ORDER**

After consideration of the Parties' Joint Stipulation to Modify Scheduling Order, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

The Scheduling Order shall be modified as follows:

1. The fact discovery cutoff date shall be **July 31, 2026**;

2. The expert disclosure deadline shall be **August 28, 2026**;

3. The rebuttal expert disclosure deadline shall be **September 11, 2026;**

4. The supplemental disclosure deadline shall be **September 25, 2026;**

5. The expert discovery cutoff date shall be **October 23, 2026;**

6. The dispositive motion filing deadline shall be **January 8, 2027;**

7. The dispositive motion hearing date shall be **February 18, 2027, at 1:30 PM;**

8. The final pretrial conference shall be **June 3, 2027, at 1:30 PM; and**

9. The jury trial shall be set for **August 2, 2027, at 8:30 AM.**

The remaining deadlines and schedule pursuant to the Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  April 7, 2026                                    /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER