# United States District Court
# Eastern District of California

Ralph Messchaert,

Plaintiff(s)

V.

Dal-Tile Services, Inc.,

Defendant(s)

Case Number: 2:25-cv-01511-DJC-CKD

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tucker Crain hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Dal-Tile Services Inc.

On 12/31/2025 (date), I was admitted to practice and presently in good standing in the USDC, Northern District of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/17/2026 Signature of Applicant: /s/ Tucker D. Crain

**Pro Hac Vice Attorney**

Applicant's Name: Tucker Crain

Law Firm Name: Kabat Chapman & Ozmer LLP

Address: 1150 Spring Street NW

Suite 800

City: Atlanta State: GA Zip: 30309

Phone Number w/Area Code: (404) 400-7300

City and State of Residence: Atlanta, Georgia

Primary E-mail Address: tcrain@kcozlaw.com

Secondary E-mail Address: kdiehl@kcozlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Paul Sherman

Law Firm Name: Kabat Chapman & Ozmer LLP

Address: 707 Wilshire Blvd.

Suite

City: Los Angeles State: CA Zip: 90017

Phone Number w/Area Code: (213) 493-3980 Bar # 344700

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 17, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE